# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CFO MANAGEMENT HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Case No. 19-40426 |
| | ) | (Joint Administration Pending) |
| Debtors. | ) ) | |

## CPIF LENDING, LLC'S WITNESS AND EXHIBIT LIST
## FOR HEARING ON FEBRUARY 27, 2019

CPIF Lending LLC, party-in-interest and creditor ("CPIF"), designates the exhibits and witnesses set forth below that may be used in connection with the above-referenced bankruptcy cases for the following matter set to be heard on February 27, 2019 at 1:30 p.m. (CT):

### CPIF WITNESESS

1. Any witness called or designated by any other party in interest; and

2. Any witness necessary to rebut the testimony of witnesses called or designated by any other party.

### CPIF EXHIBITS

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| A. | Any exhibits designated by any other party | | | | |
| B. | Any exhibits necessary for rebuttal, impeachment or refreshing the recollection of witnesses | | | | |
| C. | Any additional exhibits used for demonstrative purposes only | | | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Carter Family Office, LLC (1652); CFO Management Holdings, LLC (6987); Christian Custom Homes, LLC (4648); Double Droptine Ranch, LLC (7134); Frisco Wade Crossing Development Partners, LLC, (4000); Kingswood Development Partners, LLC (1929); McKinney Executive Suites at Crescent Parc Development Partners, LLC (2042); North-Forty Development LLC (5532); and West Main Station Development, LLC (7210).

**WITNESS AND EXHIBIT LIST – PAGE 1**

CPIF incorporates in the Exhibit List the pleadings and other papers filed in these bankruptcy cases, and other court filings, as permitted by the rules and applicable authority, including Federal Rules of Evidence Rule 201. CPIF further reserves the right to introduce or rely upon any exhibit designated by any party and to introduce any exhibit, document, or information to rebut or impeach any statement or testimony.

Dated: February 26, 2019

Respectfully submitted,

*/s/ Jason B. Binford*
Marcus A. Helt (TX 24052187)
Jason B. Binford (TX 24045499)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214.999.3000
Facsimile: 214.999.4667
mhelt@foley.com
jbinford@foley.com

-and-

Michael J. Barrie (DE # 4684), *pro hac vice* application pending
Jennifer R. Hoover (DE # 5111), *pro hac vice* application pending
Kevin M. Capuzzi (DE # 5462)
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: 302.442.7010
Facsimile: 302.442.7012
mbarrie@beneschlaw.com
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

*Counsel to CPIF Lending, LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on February 26, 2019, a true and correct copy of the foregoing was served electronically by the Court's electronic filing notification system.

                                        */s/Jason B. Binford*
                                        Jason B. Binford