J. Mitchell Little
State Bar No. 24043788
mitch.little@solidcounsel.com
Patrick J. Schurr
State Bar No. 17853530
patrick.schurr@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Boulevard, suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

ATTORNEYS FOR JIM KAY AND TERESA KAY

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CFO MANAGEMENT HOLDINGS, L.L.C., | § | CASE NO. 19-40426 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned (hereinafter referred to as "Movant"), counsel for Jim and Teresa Kay, creditors and parties-in-interest in the above styled and numbered case, hereby file this his Notice of Appearance and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the address and telephone number set forth below:

> J. Mitchell Little
> Patrick J. Schurr
> SCHEEF & STONE, L.L.P.
> 2600 Network Boulevard, suite 400
> Frisco, Texas 75034
> Telephone: 214.472.2100
> Telecopier: 214.472.2150

**NOTICE OF APPEARANCE** - PAGE 1
N:\pschurr\Jim Kay\notice of appearance.wpd

Movant additionally requests that the Debtor and the Clerk of the United States Bankruptcy Court place the above name and address on any mailing matrix or list of creditors to be prepared or existing in the above numbered case.

PLEASE TAKE FURTHER NOTICE that Movant intends that neither this Notice nor any later appearance, pleading, claim or suit shall waive (1) any right to trial by jury in any proceeding; or (2) any other rights, claims, actions, defenses, setoffs or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted this the 22nd day of March, 2019.

>SCHEEF & STONE, L.L.P.
>2600 Network Boulevard, Suite 400
>Frisco, Texas 75034
>Telephone: 214.472.2100
>Telecopier: 214.472.2150
>
>By:   /s/ Patrick J. Schurr
>   J. Mitchell Little
>   State Bar No. 24043788
>   Mitch.little@solidcounsel.com
>   Patrick J. Schurr
>   State Bar No. 17853530
>   patrick.schurr@solidcounsel.com

ATTORNEYS FOR JIM KAY AND TERESA KAY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on counsel for the Debtors, the Office of the U.S. Trustee, and any parties requesting notice herein, via electronic means, on this the 22nd day of March, 2019.

>   /s/ Patrick J. Schurr

**NOTICE OF APPEARANCE** - PAGE 2
N:\pschurr\Jim Kay\notice of appearance.wpd