**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CFO MANAGEMENT HOLDINGS, LLC, *et al.*,[1] | ) ) | Case No. 19-40426 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**CPIF LENDING, LLC'S WITNESS AND EXHIBIT LIST
FOR HEARING ON APRIL 2, 2019**

CPIF Lending LLC, party-in-interest and creditor ("CPIF"), designates the exhibits and

witnesses set forth below that may be used in connection with the above-referenced bankruptcy

cases for the following matters set to be heard on April 2, 2019 at 2:30 p.m. (CT):

- *Debtors' Motion Pursuant to 11 U.S.C. Sections 105(a) and 363 to (I) Employ and Retain SierraConstellation Partners, LLC and (II) Designate Lawrence R. Perkins as Chief Restructuring Officer, Effective as of the Petition Date* [Doc. No. 11];

- *Application of Debtors for an Order Authorizing the Employment of Winstead PC as Counsel for the Debtors, Effective as of the Petition Date* [Doc. No. 32];

- *Motion of CPIF Lending, LLC for Appointment of a Chapter 11 Trustee* [Doc. No. 59];

- *Expedited Motion for Debtors for Interim and Final Orders: (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Deeming the Utility Companies Adequately Assured of Future Performance; and (III) Establishing Procedures for Determining Request for Additional Adequate Assurance* [Doc. No. 69]; and

- *United States Trustee's Motion to Appoint Chapter 11 Trustee* [Doc. No. 103].

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Carter Family Office, LLC (1652); CFO Management Holdings, LLC (6987); Christian Custom Homes, LLC (4648); Double Droptine Ranch, LLC (7134); Frisco Wade Crossing Development Partners, LLC, (4000); Kingswood Development Partners, LLC (1929); McKinney Executive Suites at Crescent Parc Development Partners, LLC (2042); North-Forty Development LLC (5532); and West Main Station Development, LLC (7210).

## CPIF WITNESESS

1. Lawrence Perkins,

2. Joseph Wielebinski,

3. Any witness called or designated by any other party in interest; and

4. Any witness necessary to rebut the testimony of witnesses called or designated by any other party.

## CPIF EXHIBITS

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| A. | Company Agreement of CFO Management Holdings, LLC | | | | |
| B. | Action by Written Consent of the Sole Members of the Companies Listed on Schedule I, dated Jan. 16, 2019 | | | | |
| C. | Promissory Note dated February 13, 2019 in favor of Christian Custom Holmes LLC in the original principal face amount of $1,250,000.00 | | | | |
| D. | Deed of Trust and Security Agreement in favor of Christian Custom Holmes LLC dated February 13, 2019 | | | | |
| E. | Debtors' Motion Pursuant to 11 U.S.C. Sections 105(a) and 363 to (I) Employ and Retain SierraConstellation Partners, LLC and (II) Designate Lawrence R. Perkins as Chief Restructuring Officer, Effective as of the Petition Date [Doc. No. 11] (without exhibits) | | | | |
| F. | Declaration of Lawrence R. Perkins in Support of Debtors' Motion Pursuant to 11 U.S.C. Sections 105(a) and 363 to (I) Employ and Retain SierraConstellation Partners, LLC and (II) Designate Lawrence R. Perkins as Chief Restructuring Officer, Effective as of the Petition Date [Ex. B to Doc. No. 11] | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| G. | Terms of Engagement of SierraConstellation Partners LLC to provide Lawrence R. Perkins as Chief Restructuring Officer and CRO Support Personnel (with Standard Terms and Conditions) [Ex. C to Doc. No. 11] | | | | |
| H. | Application of Debtors for an Order Authorizing the Employment of Winstead PC as Counsel for the Debtors, Effective as of the Petition Date [Doc. No. 32] (without exhibits) | | | | |
| I. | Declaration of Joseph J. Wielebinski in Support of Application of Debtors for an Order Authorizing the Employment of Winstead PC as Counsel for the Debtors, Effective as of the Petition Date [Ex. A to Doc. No. 32] | | | | |
| J. | Draft DIP Budget 2-20-2019 | | | | |
| K. | Action by Written Consent of the Sole Members of the Companies Listed on Schedule I dated March 26, 2019 | | | | |
| L. | Letter of March 26, 2019 from E. Leonard to J. Wielebinski | | | | |
| M. | Any exhibits designated by any other party | | | | |
| N. | Any exhibits necessary for rebuttal, impeachment or refreshing the recollection of witnesses | | | | |
| O. | Any additional exhibits used for demonstrative purposes only | | | | |
| P. | Any motion or pleading filed of record | | | | |

CPIF incorporates in the Exhibit List the pleadings and other papers filed in these

bankruptcy cases, and other court filings, as permitted by the rules and applicable authority,

including Federal Rules of Evidence Rule 201. CPIF further reserves the right to introduce or rely

upon any exhibit designated by any party and to introduce any exhibit, document, or information

to rebut or impeach any statement or testimony.

Dated:  March 28, 2019

Respectfully submitted,

*/s/ Jason B. Binford*
Marcus A. Helt (TX 24052187)
Jason B. Binford (TX 24045499)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone:  214.999.3000
Facsimile:  214.999.4667
mhelt@foley.com
jbinford@foley.com

-and-

Michael J. Barrie (DE # 4684), *pro hac vice*
application pending
Jennifer R. Hoover (DE # 5111), *pro hac vice*
application pending
Kevin M. Capuzzi (DE # 5462)
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: 302.442.7010
Facsimile: 302.442.7012
mbarrie@beneschlaw.com
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

*Counsel to CPIF Lending, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 28, 2019, a true and correct copy of the foregoing document was served electronically by the Court's electronic filing notification system and on the parties listed below via e-mail.  Further, pursuant to Local Bankruptcy Rule 9014-1(d), copies of the foregoing exhibits were provided to the parties listed below via e-mail.

/s/Jason B. Binford
Jason B. Binford

Proposed Debtors' Counsel
jwielebinski@winstead.com
achiarello@wintead.com
jenright@winstead.com

Proposed Official Committee of Unsecured
Creditors Counsel
levick@singerlevick.com
mshriro@singerlevick.com

United States Trustee
marc.f.salitore@usdoj.gov
john.m.vardeman@usdoj.gov

Securities and Exchange Commission
jacobsonn@sec.gov

Counsel for The Hills of Kingswood
Homeowners Association, Inc.
bankruptcy@hoaf.com

Counsel for Cienda Partners, L.P.
david.weitman@klgates.com

Counsel for Wayne Edgerton , Steve
Edgerton, et al.
david@schneidlaw.com

steve@schneidlaw.com

Counsel for IES Residential, Inc.
toomeylaw@aol.com

Counsel for Chandler Cabinets
office@hlgpc.com

Counsel for Robert L. Travis
mike@demarcomitchell.com

Counsel for Phillip Michael Carter
eleonard@fflawoffice.com
vflores@fflawoffice.com

Counsel for Legend Bank, N.A.
manderson@sgpllc.law

Counsel for Jim and Teresa Kay
mitch.little@solidcounsel.com
patrick.schurr@solidcounsel.com

Counsel for City of Frisco
dallas.bankruptcy@publicans.com

Counsel for EMJ Corporation
kreed@ctstlaw.com