# Exhibit A

SINGER & LEVICK, P.C.
Attorneys and Counselors
16200 Addison Road, Suite 140
Addison, Texas  75001
Telephone (972) 380-5533
Facsimile (972) 380-5748

Tax ID 75-2446449

Official Committee of Unsecured Creditors
c/o Phillip Hokit
Chairman for the Committee
2204 Virginia Lane/
Haslet  TX  76052

Page: 1
August 31, 2019
Client No: 333-01H
Invoice No:  723760

Attn: Phillip Hokit

CFO Management.

Please return top portion with remittance
include invoice number on check

## Legal Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/2019 | SFC | Telephone conference with K. Carney regarding potential offer on Crescent Parc, and attention to forwarding same to Trustee and counsel [.1]; Receipt of Order Approving Application to Employ Lagesse Auctioneers as Auctioneer (Dkt.238) and Order Approving Motion to Sell Office Furniture and Other Stored Assets (Dkt.239), and attention to downloading same [.1]. | 0.20 | 35.00 |
| | LAL | Follow-up on Crescent Parc buyer; Several calls regarding same. | 0.50 | 197.50 |
| 08/02/2019 | LAL | Emails regarding Crescent Parc buyer. | 0.20 | 79.00 |
| 08/05/2019 | LAL | Numerous calls with prospective purchaser regarding Crescent Parc property. | 0.50 | 197.50 |
| | MES | Review Application on Management Fees. | 0.30 | 118.50 |
| 08/06/2019 | SFC | Telephone conference with F. Ray requesting assistance with questions on the Proof of Claim and documentation needed and, at his request, scheduled in person meeting rather than over the phone assistance [.1]; Conference with L. Levick regarding issue with Ray claim [.1]. | 0.20 | 35.00 |
| | LAL | Calls with prospective purchasers on Crescent Parc and other properties. | 0.50 | 197.50 |
| | LAL | Call with J. Ross regarding case issues [.3]; Call with J. Lewis regarding same [.2]; Review management documents [1.0]; Call with US Trustee regarding motion [.2]. | 1.70 | 671.50 |

```
                                                                              Page: 2
Official Committee of Unsecured Creditors                            August 31, 2019
                                                                   Client No: 333-01H
                                                                   Invoice No:  723760
     CFO Management.
```

|            |     |                                                                                                                                                                                                                                                                                               | Hours |        |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 08/07/2019 | SFC | Attendance at telephone conference with the Trustee, L. Levick and J. Lewis to discuss current status of matter, as well as issues in connection with several assets.                                                                                                                         | 0.40  | 70.00  |
|            | LAL | Prepare for and attend call with Trustee [.6]; Call with US Trustee regarding management fee [.2]; Call with purchaser regarding status [.2].                                                                                                                                                 | 1.00  | 395.00 |
|            | MES | Further analysis of fee issue.                                                                                                                                                                                                                                                                | 0.30  | 118.50 |
| 08/08/2019 | SFC | Meet with F. Ray to go over Proof of Claim form he has received and assist with his questions on completing same [.3]; Attendance at conference call with the Committee members and L. Levick to discuss various issues and current status [.5]; Telephone conference with S. Steed with questions on various projects, as well as to give information on other issues involving the various entities [.2]. | 1.00  | 175.00 |
|            | LAL | Electronic correspondence with Trustee and purchaser [.3]; Emails with SMS regarding documents [.2]; Prepare for and attend call with UCC [.8]; Outline arguments regarding management fee [.5].                                                                                              | 1.80  | 711.00 |
| 08/09/2019 | SFC | Receipt of Third Agreed Motion to Continue Hearing on Motion to Reconsider Winstead Employment (Dkt.243) and attention to downloading same.                                                                                                                                                   | 0.10  | 17.50  |
|            | LAL | Call with attorney for SMS regarding claims against SMS [.5]; Call with Trustee regarding same [.2].                                                                                                                                                                                          | 0.70  | 276.50 |
| 08/12/2019 | SFC | Receipt of Order Granting Third Agreed Motion to Continue Hearing in connection with Winstead Employment (Dkt.246) and attention to downloading same, and attention to docketing rescheduled hearing on same.                                                                                 | 0.10  | 17.50  |
|            | LAL | Prepare for hearing.                                                                                                                                                                                                                                                                          | 0.30  | 118.50 |
| 08/13/2019 | SFC | Telephone conference with S. Steed regarding meeting to obtain copies of various documents from his files received from Carter [.1]; Meet with S. Steed and review documents he provided [.2].                                                                                                | 0.30  | 52.50  |
|            | LAL | Prepare for and attend hearing on substitution and consolidation [1.2]; Prepare for and meet with Trustee and J. Ross [.5]; Research regarding management fee and construction fees [.5].                                                                                                     | 2.20  | 869.00 |
| 08/14/2019 | LAL | Research regarding management motion.                                                                                                                                                                                                                                                         | 0.50  | 197.50 |
| 08/15/2019 | MES | Analysis of compensation issues for Trustee.                                                                                                                                                                                                                                                  | 0.20  | 79.00  |
|            | LAL | Numerous calls with US Trustee and J. Ross regarding managment                                                                                                                                                                                                                                |       |        |

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | application; Continue researching same. | 1.20 | 474.00 |
| 08/16/2019 | SFC | Conference with L. Levick regarding need for Committee call, and preparation of correspondence to the Committee requesting same [.1]; Attention to docketing call [.1]. | 0.20 | 35.00 |
| 08/18/2019 | SFC | Receipt of correspondence from L. Levick regarding recent LOIs received from S. Givens for Crescent Parc and Wade Crossing, and preparation of correspondence to the Committee forwarding both for review and comments. | 0.10 | 17.50 |
| 08/19/2019 | SFC | Attendance at conference call with Committee [.7]; Telephone conference with Larry and Lisa Smegner who are having trouble locating their Claim on the KCC website - review website and explained to them how to locate their Claim [.1]. | 0.80 | 140.00 |
|  | LAL | Prepare for and attend call with Trustee [.5]; Prepare for and attend call with committee [1.0]; Analyze management company issues [.5]; Review LOIs [.1]. | 2.10 | 829.50 |
| 08/20/2019 | SFC | Preparation of correspondence to the Committee forwarding copies of the July 2019 Invoices from the Trustee, Ross & Smith, Singer & Levick and Thompson & Knight [.1]; Conference with L. Levick regarding obtaining transcript of May 14, 2019 hearing, and attention to requesting same from the Court [.1]; Receipt of Monthly Operating Reports for CFO (Dkt.250), as well as for each of the associated Debtor cases, and attention to downloading all [.2]; Preparation of correspondence to the Committee on L. Levick's behalf advising that the Trustee has offered no concession on construction fee issue and intent to move forward with Objection [.1]; Receipt and review of proposed Committee's Objection to the Trustee's Asset Management Motion from L. Levick [.1]; Preparation of revisions to same [.8]; Preparation of correspondence to L. Levick forwarding revised Objection for review and approval [.1]; Preparation of correspondence to the Committee on L. Levick's behalf forwarding correspondence received from J. Ross in connection with construction fee issue with Trigild [.1]. | 1.60 | 280.00 |
|  | LAL | Numerous calls with Trustee regarding management fees and M&M claims [.7]; Begin preparation of Objection [1.5]; Electronic correspondence regarding same [.1]. | 2.30 | 908.50 |
| 08/21/2019 | SFC | Attendance at conference call with the Trustee, L. Levick and J. Lewis [1.0]; Receipt of Transcript from the May 14, 2019 Hearing from the Court Reporter, and attention to forwarding same to L. Levick [.1]; Preparation of revisions to Committee's Objection to Asset Manager Motion [.2]; Preparation of correspondence to the Committee on behalf of L. Levick reporting on Trustee call, as well as responding to topics to be discussed in Committee Call, including the proposed Committee Objection to the Manager Motion [.2]; Begin |  |  |

```
                                                                                   Page: 4
Official Committee of Unsecured Creditors                                  August 31, 2019
                                                                         Client No: 333-01H
                                                                         Invoice No:  723760
CFO Management.



                                                                         Hours
              review of SMS documents produced [.8].                      2.30        402.50

        LAL   Numerous calls and emails with Trustee regarding management
              fees [.8]; Revise Objections to fees [1.0]; Calls with
              management firm regarding fee objection [.6]; Exchange emails
              with purchaser for Crescent [.1]; Prepare for and attend
              Trustee call [1.2]; Call with broker for proposed purchaser
              for Crescent [.2]; Continue review of SMS documents [.5].    4.40      1,738.00

08/22/2019 SFC   Attendance at conference call with the Committee.         0.80        140.00

        LAL   Prepare for and attend committee call [1.0]; Numerous calls
              and emails regarding management issues [1.2].                2.20        869.00

08/23/2019 LAL   Continue to investigate SMS claims and review documents.  0.80        316.00

08/26/2019 LAL   Continue to investigate SMS claims and research regarding same
              [.5]; Review managment order [.2]; Review officer's electronic
              correspondence [.1]; Call with Trustee regarding offer on fees
              [.7].                                                        1.50        592.50

08/27/2019 MES   Correspond with creditor, D. Elliott.                     0.10         39.50

        LAL   Prepare for and attend hearing [1.0]; Meet with Trustee
              regarding issues [.3]; Continue SMS analysis [.8].           2.10        829.50

        WRD   Review Promissory Note and related documents.                1.00        325.00

08/28/2019 LAL   Call with Miller regarding claims [.3]; Call with C. Wade
              regarding SMS claims [.4]; Continue SMS investigation [1.2];
              Electronic correspondence and calls regarding Crescent Parc
              offer [.3].                                                  2.20        869.00

        WRD   Research potential causes of action related to the SMS
              Promissory Note.                                             5.70      1,852.50

08/29/2019 LAL   Call with J. Lewis regarding claims [.2]; Follow-up on SMS
              claims [.5].                                                 0.70        276.50

        WRD   Begin preparation of memorandum on possible causes of action
              against SMS.                                                 1.00        325.00
              For Current Services Rendered                               46.10     15,888.50

                              Attorney Summary
Timekeeper                    Title           Hours      Rate         Total
Levick, L.                    Partner         29.40    $395.00   $11,613.00
Dorward, W.                   Associate        7.70     325.00     2,502.50
Shriro, M.                    Partner          0.90     395.00       355.50
Cotton, S.                    Paralegal        8.10     175.00     1,417.50
```

```
                                                                              Page: 5
Official Committee of Unsecured Creditors                             August 31, 2019
                                                                    Client No: 333-01H
                                                                    Invoice No: 723760
CFO Management.
```

#### Expenses

| Date | Description | Amount |
|---|---|---:|
| 08/20/2019 | Transcripts Cindy Sumner, CSR Invoice #082001 - Transcript of Proceedings taken May 14 2019 in Case Number 19-40426. | 27.25 |
| 08/31/2019 | Online Search for the month. | 82.94 |
| | Total Expenses | 110.19 |
| | Total Current Work | 15,998.69 |
| | Previous Balance Due | $30,993.00 |

#### Payments

| Date | Description | Amount |
|---|---|---:|
| 08/06/2019 | Payment - thank you. Check No. 000049. | -6,626.10 |
| | Balance Due | $40,365.59 |

#### Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 05/31/2019 | 722929 | 69,318.79 | 13,190.30 |
| 06/30/2019 | 723165 | 8,265.20 | 1,639.10 |
| 07/31/2019 | 723506 | 9,537.50 | 9,537.50 |
| | | | 24,366.90 |

*Payments received after 08/31/2019 are not included on this invoice.*